**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) Zurich American Insurance Company as subrogee of Propak Systems, Ltd.,** )<br>)<br>)<br>) | |
| *Plaintiff,* ) | **Case No. 24-cv-00584-CDL** |
| ) | |
| **v.** ) | |
| ) | |
| **(1) Security Specialized Transportation LLC** ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ZURICH AMERICAN INSURANCE COMPANY as subrogee of Propak Systems, Ltd. voluntarily dismisses without prejudice the above-entitled action against Defendant SECURITY SPECIALIZED TRANSPORTATION LLC. This notice of voluntary dismissal is being filed with the Court before service by Defendant of either an answer or dispositive motion.

Dated: December 12, 2024

*Respectfully submitted,*

LAW OFFICE OF WILLIAM ARCHIBALD

By: */s/ William Archibald*_____
    William Archibald (Bar Number 314)
    Email: bill.archibald@zurichna.com
    4 NE 10th Street, #504
    Oklahoma City, OK 73104
    Tel: (405) 231-2682
    *Attorneys for Plaintiff Zurich American Insurance Company as subrogee of Propak Systems Ltd.*

1